■ In the Matter of the Arbitration between SMITH BARNEY, HARRIS UPHAM & Co., INC., Respondent, and 120 BROADWAY COMPANY, Appellant.—Judgment, Supreme Court, New York County, entered on February 27, 1979, unanimously affirmed. Respondent shall recover of appellant $50 costs and disbursements of this appeal. (See *Gangel v De Groot,* 41 NY2d 840, 841.) No opinion. Concur—Birns, J. P., Fein, Lane, Markewich and Silverman, JJ.

■ PATRICIA PANARELLA, Respondent, v PENTHOUSE INTERNATIONAL, LTD., Appellant. et al., Defendants.—Judgment, Supreme Court, New York County, entered on December 1, 1978, unanimously affirmed for the reasons stated by Helman, J., at Trial Term. Plaintiff-respondent shall recover of defendant-appellant $75 costs and disbursements of this appeal. Concur—Birns, J. P., Fein, Lane, Markewich and Silverman, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES JOYE, Appellant.—Judgment, Supreme Court, New York County, rendered on March 23, 1978, unanimously affirmed, without prejudice to an application for resentence. (Penal Law, § 60.09, eff Sept. 1, 1979.) No opinion. Concur—Birns, J. P., Fein, Lane, Markewich and Silverman, JJ.

■ In the Matter of PAUL P. RAO, JR., an Attorney.—Respondent is directed, pursuant to amended subdivision 4 of section 90 of the Judiciary Law within 30 days from the date of entry of this court's order, to show cause why a final order of suspension, censure or removal from office should not be made and, pending final determination of the proceeding, respondent is suspended from practice as an attorney and counselor at law in the State of New York. Concur—Sullivan, J. P., Bloom, Lane, Silverman and Ross, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v JOHN SCULLY.—Application to relieve assigned counsel denied with leave to renew pursuant to the procedures set forth in *People v Saunders* (52 AD2d 833). Concur—Kupferman, J. P., Sandler, Sullivan, Lane and Lupiano, JJ.

(Republished)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONALD ROUCCHIO, Appellant.—Judgment, Supreme Court, New York County, rendered on June 7, 1978, unanimously affirmed. Opinion by Sullivan, J. The order of this court entered on October 18, 1979 is vacated. The opinion filed therewith is unchanged. Concur—Kupferman, J. P., Sandler, Sullivan, Lane and Lupiano, JJ. [See 70 AD2d 322.]